# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUG VAUGHN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5880 |
| | : | |
| **NANCY K. MARKEY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this **25th** day of February, 2020, upon consideration of Plaintiff Doug Vaughn's *pro se* Complaint (ECF No. 2) and "Motion" (ECF No. 3) it is **ORDERED** that:

1. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum. Vaughn's federal claim is **DISMISSED WITH PREJUDICE** and any state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.
2. The "Motion" is **DENIED**.
3. The Clerk of Court shall **CLOSE** this case.

                **BY THE COURT:**

                */s/ Eduardo C. Robreno*
                *EDUARDO C. ROBRENO,   J.*